IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

CURTIS RAY BARNES                                                                    PLAINTIFF

vs.                                    Civil No. 2:09-cv-02141

MICHAEL J. ASTRUE                                                                   DEFENDANT
Commissioner, Social Security Administration

## ORDER

    Before the Court is the Report and Recommendation filed on April 14, 2011 by the Honorable Barry A. Bryant, United States Magistrate Judge for the Western District of Arkansas. ECF No. 18. Judge Bryant recommends that Plaintiff's Application for Attorney Fees Under the Equal Access to Justice Act ("EAJA") be **GRANTED**. Defendant has not filed objections to the Report and Recommendation, and the time to object has passed. *See* 28 U.S.C. § 636(b)(1).

    Accordingly, this Court finds that counsel is entitled to compensation under the EAJA in the amount of $3,108.60. This award represents 18.84 hours of attorney work at an hourly rate of $165.00. This amount should be paid in addition to, and not out of, any past due benefits which Plaintiff may be awarded in the future.

    The parties are reminded that the award herein under the EAJA will be taken into account at such time as a reasonable fee is determined pursuant to 42 U.S.C. § 406 in order to prevent double recovery by counsel for Plaintiff.

    **IT IS SO ORDERED, this 12th day of May, 2011.**

                                                                      /s/ Robert T. Dawson
                                                                     HON. ROBERT T. DAWSON
                                                                       UNITED STATES DISTRICT JUDGE